

Jessica M. Jones
Phone: (302) 421-6817
Fax: (302) 421-5878
jessica.jones@saul.com
www.saul.com

January 11, 2024

**VIA ECF**

The Honorable Richard G. Andrews
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9
Room 6325
Wilmington, DE 19801-3555

  Re: *Vermeer v. University of Delaware*, C.A. No. 21-01500-RGA (D. Del.)

Your Honor,

  I represent Defendant, the University of Delaware, in the above-referenced action. The Pre-Trial Conference is scheduled for tomorrow morning, January 12, at 9 a.m. The undersigned just learned that lead counsel for the University is currently experiencing a serious health issue and will not be able to attend the Pre-Trial Conference or participate in trial which is scheduled to begin in approximately one week. Under the circumstances, we respectfully request that the Pre-Trial Conference and trial be adjourned for at least sixty days or subject to the Court's availability. We have conferred with Plaintiff's counsel, Matthew Boyer, who does not oppose this request.

  We are available at the Court's convenience to discuss this matter.

         Respectfully submitted,

         */s/ Jessica M. Jones*

         Jessica M. Jones (#6246)

P.O. Box 1266, Office BusinessStreet2 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP

51598158.1