1201 North Market Street
20th Floor
Wilmington, DE 19801
www.connollygallagher.com



Matthew F. Boyer, Partner

**DIRECT DIAL**: (302) 884-6585
**DIRECT FAX**: (302) 757-7303
**EMAIL**: mboyer@connollygallagher.com
**REPLY TO**: Wilmington Office

August 13, 2024

**VIA CM/ECF**
The Honorable Richard G. Andrews
U.S. District Court Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Vermeer v. University of Delaware*, C.A. No. 1:21-cv-01500-RGA

Dear Judge Andrews,

This is the parties' joint status letter following up to our letters dated July 15, 2024 (D.I. 132) and July 30, 2024 (D.I. 134). The parties continue to make progress on the last remaining items, and on August 8, 2024, Dr. Vermeer's counsel provided further edits to the draft settlement agreement and release. The University is reviewing those and hopes to be able to furnish a response this week. If the stipulation of dismissal is not filed by August 27, 2024, we will provide a supplemental report. Please let us know if Your Honor would like any additional information at this time.

Respectfully,

*/s/ Matthew F. Boyer*

Matthew F. Boyer (Del. Bar No. 2564)
*Counsel for Plaintiff*

cc: All Counsel of Record (via CM/ECF)

