

Jessica M. Jones
Phone: (302) 421-6817
Fax: (302) 421-5877
jessica.jones@saul.com
www.saul.com

August 27, 2024

**VIA CM/ECF**

The Honorable Richard G. Andrews
U.S. District Court Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

  Re: *Vermeer v. University of Delaware*, C.A. No. 21-01500-RGA (D. Del.)

Dear Judge Andrews,

  This is the Parties' joint status letter following up to our letters dated July 15, 2024 (D.I. 132), July 30, 2024 (D.I. 134), and August 13, 2024 (D.I. 135). The Parties continue to make progress on the last remaining items with respect to settlement, and on August 26, 2024, counsel for the University provided counsel for Dr. Vermeer with edits to a draft settlement agreement and release. Counsel for Dr. Vermeer is currently reviewing the University's proposed edits.

  Because the draft settlement agreement and release contemplates dismissal approximately 35 days after the agreement is executed, we propose submitting a stipulation of dismissal on or before October 11, 2024. In the unlikely event a stipulation of dismissal is not filed by then, the parties will submit a further status report on that date.

  Please let us know if Your Honor would like any additional information at this time.

            Respectfully,

            */s/ Jessica M. Jones*
            Jessica M. Jones (#6246)

            *Counsel for the University of Delaware*

cc: All Counsel of Record (via CM/ECF)

P.O. Box 1266 ♦ Wilmington, DE 19899-1266 ♦ Phone: (302) 421-6800 ♦ Fax: (302) 421-6813
Courier Address: 1201 North Market Street, Suite 2300 ♦ Wilmington, DE 19801

DELAWARE   FLORIDA   ILLINOIS   MARYLAND   MASSACHUSETTS   MINNESOTA   NEW JERSEY   NEW YORK   PENNSYLVANIA   WASHINGTON, DC
A DELAWARE LIMITED LIABILITY PARTNERSHIP
52927129.1 08/27/2024