1201 North Market Street
20th Floor
Wilmington, DE 19801
www.connollygallagher.com



Matthew F. Boyer, Partner

**DIRECT DIAL**: (302) 884-6585
**DIRECT FAX**: (302) 757-7303
**EMAIL**: mboyer@connollygallagher.com
**REPLY TO**: Wilmington Office

October 11, 2024

**VIA CM/ECF**
The Honorable Richard G. Andrews
U.S. District Court Judge
U.S. District Court for the District of Delaware
844 North King Street
Wilmington, DE 19801

Re: *Vermeer v. University of Delaware*, C.A. No. 1:21-cv-01500-RGA

Dear Judge Andrews,

This is the parties' joint status letter following up to our letters dated July 15, 2024 (D.I. 132), July 30, 2024 (D.I. 134), and August 13, 2024 (D.I. 135). The parties have continued to make progress toward formally resolving the case in accordance with the terms of the parties' agreement. As such, the parties expect a stipulation of dismissal will be on file no later than November 27, 2024.

Please let us know if Your Honor would like any additional information.

Respectfully,

/s/ Matthew F. Boyer

Matthew F. Boyer (Del. Bar No. 2564)
*Counsel for Dr. Beth Vermeer*

cc: All Counsel of Record (via CM/ECF)

