## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| BETH VERMEER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | C.A. No. 21-1500-RGA |
| v. ) | |
| ) | **JURY TRIAL DEMANDED** |
| UNIVERSITY OF DELAWARE, ) | |
| ) | |
| Defendant. ) | |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Beth Vermeer, and Defendant, the University of Delaware, by and through their undersigned counsel, jointly stipulate to dismissal of the above captioned action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs, expenses, and attorneys' fees.

**CONNOLLY GALLAGHER LLP**

*/s/ Matthew F. Boyer*
Matthew F. Boyer (#2546)
Lauren P. DeLuca (#6024)
1201 North Market Street 20th Floor
Wilmington, DE 19801
(302) 757-7300
(302) 757-7299
mboyer@connollygallagher.com
ldeluca@connollygallagher.com

Stephen Grygiel (#4944)
GRYGIEL LAW LLC
127 Coventry Place
Clinton, NY 13323
(407) 505-9463
stephengrygiel22@gmail.com

*Attorneys for Plaintiff*

Dated: November 20, 2024

**SAUL EWING LLP**

*/s/ Jessica M. Jones*
James D. Taylor, Jr. (#4009)
Jessica M. Jones (#6246)
Juliana G. Clifton (#6980)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
(302) 421-6860
(302) 421-6863
James.Taylor@saul.com
Jessica.Jones@saul.com
Juliana.Clifton@saul.com

*Attorneys for Defendant*

SO ORDERED this 20th day of November, 2024

/s/ Richard G. Andrews
United States District Judge